IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 99-449 |
| ) | |
| MAURICE THOMPSON,         ) | |
| ) | |
| Defendant.                ) | |

### ORDER

This matter comes before the Court on the Government's Motion for Reduction of Sentence for Substantial Assistance pursuant to Rule 35(b). It appearing to the Court that Defendant has provided "substantial assistance in investigating or prosecuting another person," Fed. R. Crim. P. 35(b), it is hereby

ORDERED that Government's Motion is GRANTED and the Defendant's sentence is reduced from 235 months heretofore imposed to 96 months.

/S/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 20___, 2005